Robert Eugene Rojas #5307536
**Name and Prisoner/Booking Number**

Sacramento County main Jail
**Place of Confinement**

651 44th St
**Mailing Address**

Sacramento, Ca 95814
**City, State, Zip Code**

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**FILED**

MAR 31 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EUGENE ROJAS                )
**(Full Name of Plaintiff)**        )
                    Plaintiff,      )
                                    )
            v.                      )    CASE NO. 2:22-cv-00574 AC
                                    )    **(To be supplied by the Clerk)**
(1) SOLANO COUNTY SUPERIOR COURT    )
**(Full Name of Defendant)**        )
(2) _____ )
                                    )    **CIVIL RIGHTS COMPLAINT**
(3) _____ )    **BY A PRISONER**
                                    )
(4) _____ )    ☒ Original Complaint
                    Defendant(s).   )    ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.  )    ☐ Second Amended Complaint

## A. JURISDICTION

1.    This Court has jurisdiction over this action pursuant to:

☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

☐ Other: _____.

2.    Institution/city where violation occurred: Vacaville, California

## B. DEFENDANTS

1. Name of first Defendant: Solano County Superior Court . The first Defendant is employed as:

Solano County Superior Court at .
(Position and Title)                                                 (Institution)

2. Name of second Defendant: N.A . The second Defendant is employed as:

N.A at N.A .
(Position and Title)                                                 (Institution)

3. Name of third Defendant: N.A . The third Defendant is employed as:

N.A at N.A .
(Position and Title)                                                 (Institution)

4. Name of fourth Defendant: N.A . The fourth Defendant is employed as:

N.A at N.A .
(Position and Title)                                                 (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☑ Yes  ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: Robert Eugene Rojas v. J. Lynch, et. al.,
   2. Court and case number: United States District Court, Eastern District, 2:20-cv-1715 TWCKOF
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
   Dismissed .

b. Second prior lawsuit:
   1. Parties: Robert Eugene Rojas v. California Medical Facility
   2. Court and case number: United States District Court, Eastern District, 2:21-cv-00168-CKD
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
   Dismissed .

c. Third prior lawsuit:
   1. Parties: Robert Eugene Rojas v. Sacramento County Superior Court
   2. Court and case number: United States District Court, Eastern District, 2:21-cv-00967-CKD.
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)
   Pending, First amended complaint. .

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

1 | d. fourth prior lawsuit:

2 |   1. Parties: Robert Eugene Rojas v. Superior Court of Fairfield

3 |   2. Court and Case Number: United States District Court; 2:21CV00967-CKD

4 |   3. Result: Dismissed.

28 | 2A

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim I.** Identify the issue involved.  Check **only one.**  State additional issues in separate claims.

☐ Basic necessities        ☐ Mail          ☒ Access to the court       ☐ Medical care
☐ Disciplinary proceedings  ☐ Property      ☐ Exercise of religion      ☐ Retaliation
☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

On or between June 2019 To January 2021 Plaintiff attempted to file a civil
action in Defendants Court, with Respect To deprivation of civil Rights and personal
injury. Defendant failed To file Plaintiff's state civil complaint Repeatedly for
frivolous reasons causing Plaintiff To not be able To file, persue a complaint
for personal injury, or Timely prosecute a civil action. Defendant destroyed Plaintiff's
complaint by defacing it with numerous scribbles, markings, and court stamps
and acknowledged this when Defendant Requested Plaintiff To Refile The state
civil complaint on a new civil complaint form. The unnecessary, undue
Prolong delay in filing The civil complaint caused Plaintiff To not Recieve no
Relief through the court for his injuries and caused Plaintiff, stress, grief,
hopelessness, helplessness, anxiety, and mental decompensation That led To
Plaintiff attempting suicide and exasbcerating his serious mental disorder.

_____
_____
_____
_____

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
Mental suffering, Emotional Distress, Pain and suffering.
_____
_____

5. **Administrative Remedies:**
   a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your
       institution?                                                          ☒ Yes  ☐ No
   b.  Did you submit a request for administrative relief on Claim I?          ☒ Yes  ☐ No
   c.  Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
       did not. _____
       _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: United States Constitution Eighteenth Amendment.

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☒ Other: Cruel or Unusual Punishment.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Plaintiff attempted to file a State Civil action agianst Prison Staff. Defendant knew and was aware that Plaintiff had been injured and sought relief by filing a lawsuit in Defendant's court. Defendant failed to file the lawsuit and repeatedly harassed and retalliated agianst Plaintiff by repeatedly rejecting his State lawsuite and defacing it with numerous markings, court stamps and writing. Defendant mocked Plaintiff and taunted him for almost 2 years never allowing him to file his civil action. This resulted in Plaintiff never recieving relief, decompensating and attempting suicide on multiple occasions. Plaintiff suffered extreme anxiety, depression, trauma, pain, suffering, helplessness, and hopelessness.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Mental Suffering, Emotional Distress, Pain and Suffering.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes    ☐ No

   b. Did you submit a request for administrative relief on Claim II?     ☒ Yes    ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?     ☒ Yes    ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: <u>United States Constitution Fourteenth Amendment</u>.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: <u>Due Process of law</u>.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   <u>Plaintiff was deprived the court process to redress his complaint or grievance of injury. Defendant repeatedly rejected his complaint for injury for frivolous reasons for 2 years and failed to ever file his complaint. Defendant defaced his complaint with numerals markings, court stamps, and writings and later requested Plaintiff to refile a new complaint form. Plaintiff suffered decompensation, stress, anxiety, pain, suffering, anguish, and attempted suicide. helplessness, and hopelessness.</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>Mental Suffering, Emotional Distress, Pain and Suffering.</u>

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Moretary Damages, punitive damages,

$ 500,000;

The cost of This suite and any litigation costs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2022
                    DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

Robert Eugene Rutas
(Signature of attorney, if any)
    651 66T 24 ST.
Sacramento, Ca.95814
ATTORNEY FOR THE PLAINTIFF
    IN PRO-PER
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

# INFORMATION TO PRISONERS SEEKING LEAVE TO PROCEED WITH A CIVIL ACTION IN FEDERAL COURT *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915

In accordance with 1996 amendments to the *in forma pauperis* statute, **AS A PRISONER YOU WILL BE OBLIGATED TO PAY THE FULL FILING FEE OF $350.00 FOR A CIVIL RIGHTS ACTION, $5.00 FOR A HABEAS CORPUS PETITION, OR $505.00 FOR AN APPEAL. If you are not afforded *in forma pauperis* status in a Civil Rights Action, you will be required to pay the $350.00 filing fee plus a $50.00 administrative fee for a total of $400.00.**

If you have the money to pay the full filing fee, send a cashier's check or money order made payable to the U.S. District Court with your complaint, petition, or notice of appeal.

If you do not have enough money to pay the full filing fee when your action is filed, you can file the action without prepaying the filing fee. The court will order the facility where you are held in custody to collect the filing fee from your prison or jail trust account. EACH MONTH YOU WILL OWE 20 PERCENT OF YOUR PRECEDING MONTH'S INCOME TOWARD THE BALANCE UNTIL THE FILING FEE IS PAID IN FULL. The facility will forward payments to the court any time the amount in the account exceeds $10.00. The balance of the filing fee will be collected even if the action is later dismissed, summary judgment is granted against you, or you fail to prevail at trial.

In order to proceed with an action *in forma pauperis*, you must complete the attached form and return it to the court with your complaint, habeas corpus petition, or appeal. You must attach to the form a certified copy of your prison or jail account statement for the last six months. If you submit an incomplete form or do not submit a prison or jail account statement with the form, your request to proceed *in forma pauperis* will be denied.

The court is required to screen your complaint regardless of the amount of filing fee paid and will dismiss the complaint if:

1.    Your allegation of poverty is untrue;
2.    The action is frivolous or malicious;
3.    Your complaint does not state a claim on which relief can be granted, or
4.    You sue a defendant for money damages and that defendant is immune from liability for money damages.

If you file more than three actions or appeals while incarcerated that are dismissed as frivolous, malicious, or for failure to state a claim on which relief can be granted, you will be prohibited from bringing any other actions *in forma pauperis* unless you are in imminent danger of serious physical injury.

(Revised 03/2016)

March 29, 2022

ROBERT E. ROJAS # 5307586
    651 "I" ST.
SACRAMENTO, CA. 95814

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT
    501 "I" ST. SUIT 4~200
SACRAMENTO, CA. 95814~2322

Dear Sir or madame,

    I enter with my utmost Respect extended in full in hopes
that this finds you well. I am writing to Request your
office to file my civil action in your court against Superior Court
of Solano County. Please return a filed copy of my civil
complaint to the above~address.

                                        Sincerely yours Truly,

                                        Robert E. Rojas
                                        Attorney for the Plaintiff
                                        In Pro-Per