UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY SUPERIOR COURT,<br><br>　　　　　Defendant. | No.  2:22-cv-0574 KJM AC P<br><br><br>ORDER |

　　　　Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  ECF No. 1.  Plaintiff has also filed an application to proceed in forma pauperis.  ECF No. 2.  He has not, however, filed a prisoner trust fund account statement as ordered by the court.  *See* ECF No. 4.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 1, 2022, the magistrate judge issued findings and recommendations, which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 5.  Plaintiff has not filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued June 1, 2022 (ECF No. 5), are ADOPTED;

2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED as incomplete, and

3. This action is DISMISSED without prejudice for failure to file a complete application to proceed in forma pauperis or, in the alternative, to pay the filing fee. *See* 28 U.S.C. § 1915(a)(2), (b)(1).

DATED: July 11, 2022.

CHIEF UNITED STATES DISTRICT JUDGE