UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EUGENE ROJAS, | No. 2:22-cv-0574 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY SUPERIOR COURT, | |
| Defendant. | |

On September 13, 2022, plaintiff filed a letter with the court along with documents. ECF No. 8 et seq. In the letter, plaintiff states that he is filing the attached documents in order to prove that he has exhausted his administrative remedies. Id. at 1.

This civil rights action was closed on July 11, 2022. ECF Nos. 6, 7. Plaintiff is advised that documents filed after the closing date will be disregarded and that no orders will issue in response to future filings.

DATED: September 20, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1